

# NUMBER 13-13-00371-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

PETER ANTHONY TRAYLOR,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                           Appellee.

---

### On appeal from the 366th District Court
### of Collin County, Texas.

---

# ORDER TO FILE BRIEF

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

Appellant, Peter Anthony Traylor, filed a notice of appeal with this Court from his

conviction in trial court cause number 366-82774-2010.[1]   Appellant's brief was originally

---

[1] This case is before the Court on transfer from the Fifth Court of Appeals in Dallas pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).

due on November 13, 2013. Counsel filed a motion for extension of time until December 13, 2013, which was granted by the Court. On January 6, 2014, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response within ten days. Appellant failed to file a motion or otherwise respond within the requisite period of time.

Accordingly, on February 19, 2014, the Court abated and remanded the matter to the trial court, in accordance with Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, to allow the trial court to conduct a hearing to determine whether appellant desired to prosecute his appeal, whether the appellant was indigent, or if not indigent, whether retained counsel had abandoned the appeal, and to make appropriate findings and recommendations. If the appellant was indigent, we directed the trial court to take such measures as were necessary to assure effective representation of counsel.

The Court received a supplemental clerk's record on June 3, 2014, containing the trial court's findings that appointed counsel could file a brief in this matter by July 8, 2014. Accordingly, on June 6, 2014, we notified the parties that the appeal was reinstated and that appellant's brief was due to be filed by July 8, 2014. On July 15, 2014, the Court notified counsel that the brief had not been filed and requested a response within ten days. Counsel has nevertheless failed to file either a response or an appellate brief in this matter.

We have already abated this matter once because of the tardiness of appellant's brief. Accordingly, the Honorable William L. Schultz, IS ORDERED to file the appellate brief with the Court on or before September 8, 2014.

If counsel fails to file the brief within the foregoing specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. TEX. R. APP. P. 38.8(b)(4). Specifically, the Court will abate and remand this matter to the trial court with instructions to appoint new counsel.

It is so ORDERED.

PER CURIAM

Do not publish
Tex. R. App. P. 47.2(b).

Delivered and filed the
22nd day of August, 2014.